UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARPENTERS HEALTH AND SECURITY TRUST OF WESTERN WASHINGTON, *et al.*, <br><br> Plaintiffs, <br> v. <br> DELTA INTERIORS, LLP, <br><br> Defendant, <br> v. <br> ALASKA USA FEDERAL CREDIT UNION, <br><br> Garnishee. | Case No. MC19-0110RSL <br><br> ORDER TO ISSUE WRIT OF GARNISHMENT |

This matter comes before the Court on plaintiffs' "Application for Writ of Garnishment" for property in which the defendant/judgment debtor, Delta Interiors, LLP, has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Alaska USA Federal Credit Union. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment submitted by plaintiffs' counsel on August 20, 2019, at Dkt. # 1-4.

Dated this 22nd day of August, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge